# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CATHERINE A. STEVENS                                    Case Number: 07-70025
        712 UNIVERSITY STREET
        HARVARD, IL  60033                SSN-xxx-xx-8346

                                                    Case filed on:    1/5/2007
                                                    Plan Confirmed on: 4/6/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,384.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 1,192.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 1,192.00 | 0.00 |
| 004 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOEL BERG, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AMCHECK COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BAY AREA CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CATHERINE A. STEVENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 135,830.24 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 12,129.63 | 12,129.63 | 1,044.95 | 0.00 |
|  | Total Secured | 147,959.87 | 12,129.63 | 1,044.95 | 0.00 |
| 003 | ANESTHESIA ASSOC. OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,041.56 | 1,041.56 | 0.00 | 0.00 |
| 007 | FIGI'S INC | 182.88 | 182.88 | 0.00 | 0.00 |
| 008 | HARVARD COMMUNITY CREDIT UNION | 3,401.69 | 3,401.69 | 0.00 | 0.00 |
| 009 | HARVARD STATE BANK | 2,200.37 | 2,200.37 | 0.00 | 0.00 |
| 012 | B-LINE LLC | 2,102.34 | 2,102.34 | 0.00 | 0.00 |
| 013 | MERCY PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | T-MOBILE | 204.28 | 204.28 | 0.00 | 0.00 |
|  | Total Unsecured | 9,133.12 | 9,133.12 | 0.00 | 0.00 |
|  | Grand Total: | 160,366.99 | 24,536.75 | 2,236.95 | 0.00 |

Total Paid Claimant:    $2,236.95
Trustee Allowance:      $147.05            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008          By   /s/Heather M. Fagan